spondent. No opinion. Order affirmed, without costs. Order filed. See, also, 122 N. Y. Supp. 401; 123 N. Y. Supp. 1056.

HAMM, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by George R. Hamm, an infant, by George H. Hamm, his guardian ad litem, against the Prudential Insurance Company of America. No opinion. Motion granted. See, also, 122 N. Y. Supp. 35.

HANLON, Respondent, v. FARLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1909.) Action by Edward F. Hanlon against James Farley. No opinion. Judgment affirmed, with costs.

HANSEN, Respondent, v. CAULFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Henry S. Hansen, an infant, by John Olsen, his guardian ad litem, against John Caulfield. No opinion. Judgment and order unanimously affirmed, with costs.

HARD, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by George M. Hard against Edward Thompson. J. L. Hill, for appellant. H. Otis, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HARE, Respondent, v. FREDERICK FIGGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Georgiana Hare against the Frederick Figge Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the record does not disclose evidence sufficient to show negligence on the part of the defendant.

In re HARRINGTON. (Supreme Court, Appellate Division, Fourth Department. March 23, 1910.) In the matter of Eugene W. Harrington, an attorney and counselor at law. Issues raised by the charges and answer thereto referred to Hon. Edwin A. Nash, an attorney and counselor residing at Rochester, N. Y., to take proofs and report to the court, with his opinion.

HART v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Charles Hart against the City of New York. L. L. Kellogg, for plaintiff. T. Farley, for defendant. No opinion. Exceptions overruled, and motion for new trial denied, with costs. Settle order on notice. See, also, 106 N. Y. Supp. 1129.

HARTFORD MACH. SCREW CO. v. ANZELWITZ et al. (Supreme Court, Appellate Term. May 24, 1910.) Appeal from Municipal Court, Borough of Manhattan. Action by the Hartford Machine Screw Company against Alexander A. Anzelwitz and another. From a Municipal Court judgment for defendants, plaintiff appeals. Dismissed. McMillan & Hewitt, for appellant. Emil J. Cohen, for respondents.

PER CURIAM. We have examined the case upon the merits, and have concluded that the appeal is without merit, although the costs seem to have been improperly awarded. Technically, in view of the consent that was signed, the appeal should be dismissed. Appeal dismissed, with $10 costs.

HATTEN, Respondent, v. HYDE–McFARLIN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by John Hatten against the Hyde-McFarlin Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., dissent, upon the ground that at the time of the accident the plaintiff was not engaged in the work of the defendant.

HAWKES, Respondent, v. WARREN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) Action by Mary C. Hawkes against Charles F. Warren and others. No opinion. Motion to dismiss appeal denied, without costs, with leave to renew in case defendants fail to perfect their appeal as provided by rule 41 and be ready to argue same at opening of May, 1910, term.

HAWKES, Respondent, v. WARREN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Mary G. Hawkes against Charles F. Warren and others. No opinion. Motion to dismiss appeal denied, without costs.

HAYES, Appellant, v. HAYES, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Catherine Hayes against Edmond J. Hayes. No opinion. Appeal dismissed, with $10 costs and disbursements, upon the ground that the record does not show any judgment dismissing the case, or any order of dismissal.

HAYES v. JOLINE et al. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Patrick Hayes against Adrian H. Joline and another, as receivers. No opinion. Application denied, with $10 costs. Order signed.

HAYES v. MARX et al. (three cases). (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Augustus L. Hayes against Jacob Marx, impleaded with others. No opinion. Motions to dismiss appeals granted, with $10 costs. Orders filed. See, also, 121 N. Y. Supp. 1135.

HAYS et al., Respondents, v. MAIDEN LANE REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department.